United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRUSH COUNTRY BANK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:19-CV-125 |
| | § | |
| ATLANTIC SPECIALTY INSURANCE | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On November 14, 2019, the Court dismissed the above-captioned case with prejudice. Accordingly, the Court **DIRECTS** the Clerk to enter final judgment and close the case.

SIGNED this 14th day of November, 2019.

_____
Hilda Tagle
Senior United States District Judge